# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 24 CR 58 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| | ) | |
| Kelly Lynn Fontaine | ) | |
| Defendant | ) | |

## ORDER

Initial appearance on a Removal Proceeding held on 2/1/24 as to Defendant Kelly Lynn Fontaine. Attorney Daniel Hesler was appointed to represent the defendant. LeighAnn Thomas appeared on behalf of the Government. Defendant appeared in response to the arrest on 2/1/24. The Government advised the defendant of the charges pending against her and the maximum penalties. Defendant was advised of her rights. Defendant waived her right to an identity hearing. Defendant waived her right to a preliminary hearing in the Northern District of Illinois without prejudice. The Government and Defendant agreed to certain conditions of release. Enter Order Setting Conditions of Release. Defendant is to be released on a personal recognizance bond. Defendant was admonished that she must be present via video conference for her appearance before Judge Faruqui on 2/13/24 at 12:30 p.m. Defendant to be released after processing.

(T:00:15)

Date: February 1, 2024

_____
Magistrate Judge Maria Valdez